AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Securities and Exchange Commission ) | |
| *Plaintiff* ) | |
| v. ) | Case No.   19-cv-10562 |
| Jerry Li, ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: 	The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_plaintiff Securities and Exchange Commission_ .

Date:     11/14/2019

*Attorney's signature*

Jack Kaufman
*Printed name and bar number*

Securities and Exchange Commission
200 Vesey Street, Suite 400
New York, N.Y. 10281

*Address*

KaufmanJa@SEC.Gov
*E-mail address*

(212) 336-0106
*Telephone number*

(212) 336-1350
*FAX number*