AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Securities and Exchange Commission | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 19-cv-10562 |
| Jerry Li, | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

plaintiff Securities and Exchange Commission

Date: 11/14/2019

*Attorney's signature*

Liora Sukhatme
*Printed name and bar number*

Securities and Exchange Commission
200 Vesey Street, Suite 400
New York, N.Y. 10281
*Address*

SukhatmeL@SEC.Gov
*E-mail address*

212-336-0136
*Telephone number*

212-336-1348
*FAX number*