UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

                                                           19 **CIVIL** 10562 (JPO)

        -against-                                       **DEFAULT JUDGMENT**

JERRY LI,
                Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Opinion and Order dated June 27, 2022, Plaintiff SEC's motion for a default judgment against Defendant Jerry Li is GRANTED. Plaintiff's requested relief is granted in full. The Court permanently enjoins the Defendant, his agents, servants, employees, attorneys-in-fact and assigns, and those persons in active concert or participation with him or who receive actual notice of the injunction by personal service or otherwise, from (A) violating or aiding and abetting violations of Sections 13(b)(5) and 30A of the Exchange Act, 15 U.S.C. §§ 78m(b)(5) and 78dd-1, and Rule 13b2-1 thereunder, 17 C.F.R. § 240.13b2-1; and (B) aiding and abetting violations of Sections 13(b)(2)(A) and 13(b)(2)(B) of the Exchange Act, 15 U.S.C. §§ 78m(b)(2)(A) and (b)(2)(B). Defendant is further ordered to pay $550,092 in civil monetary penalties; accordingly, the case is closed.

**DATED**: New York, New York

       June 28, 2022

                                                              **RUBY J. KRAJICK**
                                                                 **Clerk of Court**

                                                             *K. Mango*
                                        **BY:** _____
                                                                **Deputy Clerk**